

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ODESSA ENTERPRISES, INC. D/B/A JACK IN THE BOX, | § | No. 08-19-00039-CV |
|  | § | Appeal from the |
| Appellant, |  |  |
|  | § | 448th District Court |
| v. |  |  |
|  | § | of El Paso County, Texas |
| ELIZABETH ONTIVEROS, |  |  |
|  | § | (TC# 2018DCV2800) |
| Appellee. |  |  |
|  | § |  |

**O R D E R**

The Court has this day considered the Appellant's unopposed motion for stay of trial court proceedings pending appeal and concludes the motion should be GRANTED. The 448th District Court is directed to stay all proceedings, including discovery, in cause number 2018DCV2800, styled *Elizabeth Ontiveros v. Odessa Enterprises, Inc. d/b/a Jack in the Box*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 28th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.